# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0680
LT Case No. 2018-CA-003982

_____

PROGRESSIVE AMERICAN
INSURANCE COMPANY,

     Appellant,

     v.

KIMBERLY ANN DAVIS, LAUREN
ELIZABETH DAVIS, and CLAUDIA
S. ALCAREZ,

     Appellees.

_____

On appeal from the Circuit Court for Duval County.
Michael S. Sharrit, Judge.

Jordan M. Thompson, and Megan E. Alexander, of Young, Bill, Boles, Palmer, Duke & Thompson, P.A., Tampa, for Appellant.

Aaron Sprague, and Daniel A. Iracki, of Coker Law, Jacksonville, for Claudia S. Alcarez.

No Appearance for Remaining Appellees.

June 18, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and HARRIS and PRATT, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––